# MEMORANDA

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 3,456.—MONTANA FLOUR MILLS CO., Respondent, *v.* PATRICK McCARTHY, Appellant.

*Appeal from District Court, Meagher County.*

Decided March 16, 1914.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, heretofore submitted, is after due consideration by the court granted, and the appeal is accordingly dismissed.

*Messrs. Belden & De Kalb,* for Respondent.

---

No. 3,457.—IMPERIAL ELEVATOR CO., Respondent, *v.* D. W. KELLY, Appellant.

*Appeal from District Court, Valley County.*

Decided March 16, 1914.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is after due consideration by the court granted, and the appeal is accordingly dismissed.

*Mr. G. W. Greer* and *Mr. J. L. Slattery,* for Appellant.

*Messrs. Norris & Hurd,* for Respondent.